PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **Faheem Greene**                                    Docket No. 19-mj-07467

### Petition for Action on Conditions of Pretrial Release

      COMES NOW CARRIE BORONA PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Faheem Greene**, who was placed under pretrial release supervision by the **HONORABLE STEVEN C. MANNION, U.S. MAGISTRATE JUDGE,** sitting in the Court at **Newark, New Jersey**, on November 25, 2019, under the following conditions:

1. The defendant shall be released to the third-party custody of Catherine Greene
2. Pretrial Services Supervision.
3. Home Incarceration, with electronic monitoring: 24 hour lock-down except for medical necessities and court appearances, or other activities specifically approved by the court.
4. For the purpose of Location Monitoring, the defendant shall install a land line telephone in his residence within 10 days of release, unless waived by Pretrial Services.
5. Surrender all passports/travel documents. Do not apply for new travel documents.
6. Travel restricted to New Jersey, unless otherwise approved by Pretrial Services.
7. Substance abuse testing and/or treatment as directed by Pretrial Services.
8. Maintain current residence or a residence approved by Pretrial Services.
9. Submit copy of lease agreement by December 2, 2019, at 10 am.

On June 26, 2020, the Honorable Cathy L. Waldor, U.S. Magistrate Judge, modified the conditions via consent order from Home Incarceration to Home Detention, with electronic monitoring, with exceptions for the following: education; search for employment; employment which is stationary and verifiable; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; or other activities as pre-approved by the Pretrial Services. The defendant shall continue to pay all or part of the cost of the monitoring, based on ability to pay as determined by Pretrial Services. All other conditions remained in full force and effect.

      Respectfully presenting petition for action of Court and for cause as follows:

### [SEE ATTACHED ADDENDUM]

PRAYING THAT THE COURT WILL ORDER **Modify the bail conditions to include mental health treatment as directed by Pretrial Services.**

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this __27th__ day of __July__, __2020__ and ordered filed and made a part of the records in the above case. | Executed on __7/27/2020__ |
| *Steve Mannion, USMJ* <br> Steven C. Mannion <br> U.S. Magistrate Judge | *Carrie H. Borona* <br> Carrie H. Borona <br> Senior United States Pretrial Services Officer |